# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 main fax
www.sheppardmullin.com

Writer's Direct Line: (212) 634-3023
skirby@sheppardmullin.com

August 20, 2019

**VIA ECF**

Hon. Steven L. Tiscione, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Fischler v. Winc, Inc.*
Civil Action No. 1:19-cv-02522-ILG-ST

Dear Judge Tiscione:

We represent defendant Winc, Inc. ("Defendant") in connection with the above-referenced matter. We write, with the consent of counsel for Plaintiff, to advise the Court that the parties have reached a settlement in principle. Accordingly, the parties respectfully request that all pending deadlines, including the settlement conference currently scheduled for August 21, 2019, be held in abeyance for thirty days to allow the parties time to finalize their settlement and file a stipulation of dismissal with the Court.

Please feel free to contact me if Your Honor desires any additional information.

Respectfully submitted,

Sean J. Kirby

cc: Hon. I. Leo Glasser, U.S.D.J. (via ECF)
Douglas Lipsky, Esq. (via ECF)