UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, individually and as the representative of a class of similarly situated persons,<br><br>       Plaintiff,<br><br>  v.<br><br>WINC, INC.,<br><br>       Defendant. | Case No. 1:19-cv-02522-ILG-ST<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  September 20, 2019

For the Plaintiff:

By: _____
    Douglas B. Lipsky, Esq.
    Lipsky Lowe LLP
    420 Lexington Avenue, Suite 1830
    New York, New York 10170-1830

For the Defendant:

By: _____
    Sean J. Kirby, Esq.
    Sheppard Mullin Richter & Hampton LLP
    30 Rockefeller Plaza, 39th Floor
    New York, NY 10112

SO ORDERED:

_____
          U.S.D.J.