FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 24 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRIAN FISCHLER, individually and as the representative of a class of similarly situated persons,

    Plaintiff,

v.

WINC, INC.,

    Defendant.

Case No. 1:19-cv-02522-ILG-ST

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: September 20, 2019

For the Plaintiff:

By: _____
Douglas B. Lipsky, Esq.
Lipsky Lowe LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830

For the Defendant:

By: _____
Sean J. Kirby, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 39th Floor
New York, NY 10112

SO ORDERED:

  s/I. Leo Glasser, USDJ
_____
          U.S.D.J.

9/23/19